JOHN WILL, Appellant, v. CHARLES P. BARNWELL, Respondent.

*Will* v. *Barnwell*, 130 App. Div. 906, appeal dismissed.
(Submitted April 26, 1909; decided May 4, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 10, 1909, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover for an alleged refusal to comply with a judgment directing specific performance of a contract.

The motion was made upon the ground that the order of the Appellate Division was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Daniel V. Murphy* for motion.

*Gordon F. Matthews* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.